FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 15, 2021

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

JOSHUA C.,

        v.

ANDREW M. SAUL,
COMMISSIONER OF SOCIAL
SECURITY,

        Defendant.

No. 1:20-CV-3151-JTR

ORDER GRANTING STIPULATED MOTION FOR REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g)

**BEFORE THE COURT** is the parties' stipulated motion to remand the above-captioned matter to the Commissioner for additional administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g). ECF No. 20. Attorney Victoria B. Chhagan represents Plaintiff; Special Assistant United States Attorney Sarah Moum represents Defendant. The parties have consented to proceed before a magistrate judge. ECF No. 5. After considering the file and proposed order, **IT IS ORDERED:**

    1.    The parties' Stipulated Motion for Remand, **ECF No. 20**, is **GRANTED**. The above-captioned case is **REVERSED** and **REMANDED** to the Commissioner of Social Security for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g).

    On remand, the Appeals Council will instruct the Administrative Law Judge (ALJ) to (1) reevaluate the medical source opinions; (2) reassess Plaintiff's residual functional capacity; (3) obtain vocational expert evidence, if warranted; and (4) issue a new decision.

ORDER GRANTING STIPULATED MOTION FOR REMAND - 1

2.        **Judgment shall be entered for PLAINTIFF**.

3.        Plaintiff's Motion for Summary Judgment, **ECF No. 17**, is **STRICKEN AS MOOT**.

4.        An application for attorney fees and costs may be filed by separate motion.

**IT IS SO ORDERED**.  The District Court Executive is directed to enter this Order, forward copies to counsel, and **CLOSE THE FILE**.

DATED June 15, 2021.



_____
JOHN T. RODGERS
UNITED STATES MAGISTRATE JUDGE

ORDER GRANTING STIPULATED MOTION FOR REMAND - 2